DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT
*July Term 2014*

**ANTHONY JOHNSON,**
Appellant,

v.

**DRIFTWOOD ACRES MHP, LTD.**, a Florida limited partnership, and
**DRIFTWOOD HOLDINGS, LLC**, a Florida limited partnership,
Appellees.

No. 4D14-1026

[August 6, 2014]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Thomas M. Lynch, IV, Judge; L.T. Case No. CACE 14-004000.

Patrice Paldino of Legal Aid Service of Broward County, Inc., Plantation, for appellant.

Nancy Little Hoffmann of Nancy Little Hoffmann, P.A., Fort Lauderdale, for appellees.

PER CURIAM.

Given the deferential standard of review for temporary injunctions, *see, e.g., Citizens for Sunshine, Inc. v. School Bd. of Martin County*, 125 So. 3d 184, 187 (Fla. 4th DCA 2013), we affirm the circuit court's order on plaintiff's motion for temporary injunction. We note that the court's statement that appellee "is not required to accept an Application for Residency at Lot 18 from" appellant is but a preliminary finding for the purpose of ruling on the injunction that does not foreclose litigation of this issue as the case below progresses.

GROSS, MAY, JJ., and SCHER, ROSEMARIE, Associate Judge, concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***